# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2010

Marilyn Kelly,
Chief Justice

140535 & (73)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT ALAN CURRY and CARRIE ANN
CURRY,
      Plaintiffs-Appellants,
v

MEIJER, INC.,
      Defendant/Cross-
      Plaintiff-Appellee,

and

FABER BROTHERS, INC., and STREAM &
LAKE TACKLE, INC.,
      Defendants/Cross-
      Defendants-Appellees,

and

LOGGY BAYOU ENTERPRISES OF
ARKANSAS, and STREAM & LAKE
WHOLESALE, INC.,
      Defendants/Cross-Defendants,

and

DEER DARLIN' ENTERPRISES, LTD.,
      Defendant.
_____/

SC: 140535
COA: 288187
Calhoun CC: 2004-001207-NP

On order of the Court, motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2010

_____
Clerk

0603